McGREGOR W. SCOTT
United States Attorney
PAUL A. HEMESATH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

FILED

FEB 1 9 2019

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
        DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

               Plaintiff,

    v.

SCOTT CAVELL,

               Defendant.

CASE NO. 2:19-CR-0033 TLN

21 U.S.C. §§ 331(a), 333(a)(2) – Causing Misbranded Drugs to be Introduced Into Interstate Commerce

# INFORMATION

The United States Attorney charges: T H A T

SCOTT CAVELL,

defendant herein, in the County of Sacramento, State and Eastern District of California, with the intent to defraud and mislead, caused misbranded drugs to be introduced into interstate commerce, as further set forth below, all in violation of Title 21, United States Code, Sections 331(a), 333(a)(2).

///
///
///
///
///
///

INFORMATION                          1

| Date | Destination | Delivery Method | Actual drug name/ package name/ purported use |
|---|---|---|---|
| 12/05/2017 | M.M. Houston, TX 77043 | USPS First Class | 2,4-Dinitrophenol/fertilizer/ weight control |

Dated: 2/19/19

McGREGOR W. SCOTT
United States Attorney

By: _____
PAUL A. HEMESATH
Assistant United States Attorney

**United States v. SCOTT CAVELL**
**Penalties for Information**

VIOLATION: 21 U.S.C. §§ 331(a), 333(a)(2) - Causing Misbranded Drugs to be Introduced into Interstate Commerce

PENALTIES: A maximum of up to three years in prison, per count; or
Fine of up to $10,000, per count; or both fine and imprisonment
Supervised release of at least 3 years up to life, per count

SPECIAL ASSESSMENT: $100 (mandatory on each count)

**FORFEITURE ALLEGATION:**

VIOLATION: 21 U.S.C. § 853(a) - Criminal Forfeiture
18 U.S.C. § 934(d)(1), 28 U.S.C. § 2461(c) - Criminal Forfeiture

PENALTIES: As stated in the charging document