| UNITED STATES DISTRICT COURT<br>EASTERN DISTRICT OF CALIFORNIA |  | PRO HAC VICE APPLICATION,<br>ECF REGISTRATION AND CONSENT<br>TO ELECTRONIC SERVICE,<br>PROPOSED ORDER |

UNITED STATES OF AMERICA,

        Plaintiff,

v.

SCOTT EDWARD CAVELL,

        Defendant.

Case No. 2:19-cr-33 JAM

**FILED**

MAY 17 2019

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
        DEPUTY CLERK

I, **Richard D. Collins**, attorney for **Scott Edward Cavell**, hereby petition for admission to practice Pro Hac Vice under the provision of Local Rule 180(b)(2). I understand and consent to ECF Registration and Electronic Service as detailed below and I have submitted payment in the amount of $200.00 to the Clerk, U.S. District Court. In support of this petition, I state under penalty of perjury that:

My business address is:

| | |
|---|---|
| Firm Name: | Collins Gann McCloskey & Barry PLLC |
| Address: | 138 Mineola Blvd |
| City: | Mineola |
| State: | New York    ZIP Code: 11501 |
| Voice Phone: | (516) 294-0300 |
| FAX Phone: | (516) 294-0477 |
| Internet E-mail: | rcollins@cgmbesq.com |
| Additional E-mail: | |
| I reside in City: | Westbury    State: New York |

I was admitted to practice in the  Appellate Division of the Supreme Court of the State of New York, 2nd Department  (court) on  May 1st 1985  (date). I am presently in good standing and eligible to practice in said court. A certificate of good standing from the court in my state of primary practice is attached to this application. I am not currently suspended or disbarred in any other court.

I have ☐ / have not ☐ concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

___

___

___

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the court's ECF system:

Name: Ron Peters

Firm Name: Law Offices of Ron Peters

Address: 901 H Street, Suite 611

City: Sacramento

State: CA   ZIP Code: 95814

Voice Phone: (916) 322-2472

FAX Phone: (916) 322-3208

E-mail: ronslaw207@sbcglobal.net

Dated: May 15, 2019   Petitioner: _____

**ORDER**

IT IS SO ORDERED.

Dated: 5-17-2019

_____
JUDGE, U.S. DISTRICT COURT