McGREGOR W. SCOTT
United States Attorney
PAUL HEMESATH
KEVIN C. KHASIGIAN
Assistant U.S. Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SCOTT CAVELL<br><br>　　　　Defendants. | 2:19-CR-00033-JAM<br><br>STIPULATION AND APPLICATION FOR A MONEY JUDGMENT AS TO DEFENDANT SCOTT CAVELL; ORDER |

　　　　The United States and defendant Scott Cavell stipulate, pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure and 21 U.S.C. 853(p), to the entry of a Money Judgment, as set forth below:

　　　　1.　　The Information in this case charged defendant Scott Cavell with one count of Causing Misbranded Drugs to be Introduced Into Interstate Commerce, in violation of 21 U.S.C. §§ 331(a) and 333(a)(2).

　　　　2.　　On February 26, 2019, defendant Scott Cavell pleaded guilty to the single count of Causing Misbranded Drugs to be Introduced Into Interstate Commerce, in violation of 21 U.S.C. §§ 331(a) and 333(a)(2). In pleading guilty, the defendant admitted to selling 2,4-Dinitrophenol, also known as DNP, as a weight loss drug and fat burner despite knowing that DNP was not approved by the FDA as a substance for human consumption. In total, through a website associated with the defendant, between $500,000 to $1,500,000 of the substance was sold to customers.

1

3. Based upon the defendant's plea agreement, the 2,4-Dinitrophenol and the proceeds obtained from the 2,4-Dinitrophenol are subject to forfeiture and the government has established the requisite criminal nexus between the 2,4-Dinitrophenol, proceeds thereof, and the charged criminal offenses, 21 U.S.C. §§ 331(a) and 333(a)(2).

4. Defendant Scott Cavell stipulates and agrees that because of his own acts and omissions, the forfeitable property is no longer available for forfeiture for one or more of the reasons set forth in 21 U.S.C. § 853(p). Accordingly, Defendant Scott Cavell stipulates and agrees to forfeit voluntarily and immediately $100,000.00 as a personal money judgment pursuant to Fed. R. Crim. P. 32.2(e), 21 U.S.C. §§ 334 and 853(p), and 28 U.S.C. § 2461(c).

5. The government hereby applies for entry of a money judgment as follows:

    a. Pursuant to the above, the Court shall impose a personal forfeiture money judgment against defendant Scott Cavell in the amount of $100,000.00.

    b. The above-referenced personal forfeiture money judgment is imposed based on defendant Scott Cavell's conviction and the unavailability of the forfeitable property.

5. The $100,000.00 money judgment shall be partially satisfied from the $8,665.00 seized during the execution of federal search warrants at Cavell's residence on December 6, 2017. The defendant stipulates and agrees to pay $25,000.00 no later than July 7, 2019, and the remaining balance shall be paid in monthly installments of $10,000, each due by the first of the month, beginning on August 1, 2019, until the judgment is satisfied.

///
///
///
///
///
///
///
///
///

6. Payment of the personal forfeiture money judgment should be made in the form of a cashier's check made payable to the U.S. Marshals Service and sent to the U.S. Attorney's Office, Attn: Asset Forfeiture Unit, 501 I Street, Suite 10-100, Sacramento, CA 95814.

Dated: June 5, 2019

McGREGOR W. SCOTT
United States Attorney

/s/ PAUL HEMESATH
KEVIN C. KHASIGIAN
PAUL HEMESATH
Assistant U.S. Attorneys

Dated: June 5, 2019

RONALD JAMES PETERS
RONALD JAMES PETERS
Attorney for Defendant
Scott Cavell

# **ORDER**

For good cause shown, the Court hereby imposes a personal forfeiture money judgment against defendant Scott Cavell in the amount of $100,000.00, pursuant to Fed. R. Crim. P. 32.2(e), 21 U.S.C. §§ 334 and 853(p), and 28 U.S.C. § 2461(c). The $100,000.00 money judgment shall be partially satisfied from the $8,665.00 seized during the execution of federal search warrants at Cavell's residence on December 6, 2017. The defendant shall pay $25,000.00 no later than July 7, 2019, and the remaining balance shall be paid in monthly installments of $10,000, each due by the first of the month, beginning on August 1, 2019, until the judgment is satisfied. Payment of the personal forfeiture money judgment should be made in the form of a cashier's check made payable to the U.S. Marshals Service and sent to the U.S. Attorney's Office, Attn: Asset Forfeiture Unit, 501 I Street, Suite 10-100, Sacramento, CA 95814. Any funds applied towards such judgment shall be forfeited to the United States of America and disposed of as provided for by law.

IT IS SO ORDERED.

DATED: June 6, 2019 /s/ John A. Mendez
JOHN A. MENDEZ
United States District Court Judge